# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2021 KW 0266

VERSUS

TORONZO D. THOMPKINS                                **APRIL 26, 2021**

---

In Re:    Toronzo D. Thompkins, applying for supervisory writs,
          17th Judicial District Court, Parish of Lafourche, No.
          528,713.

---

**BEFORE:    GUIDRY, McCLENDON, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              JMG
                              PMc
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT